UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEGAFORCE COMPANY LIMITED,

　　　　Plaintiff,

　　v.

NODESNOW INC.,

　　　　Defendant.

Case No.  25-cv-08241-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. Nos. 19, 20

　　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Grant Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

　　　　**IT IS SO ORDERED.**

Dated: July 13, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge