UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEGAFORCE COMPANY LIMITED,

Plaintiff,

v.

NODESNOW INC.,

Defendant.

Case No.  25-cv-08241-HSG

**JUDGMENT**

For the reasons set forth in Magistrate Judge Westmore's Report and Recommendation to Grant Motion for Default Judgment filed on June 22, 2026 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiff Megaforce Company Limited against Defendant NodesNow Inc. as follows:

i. $1,775,713.36 in compensatory damages;

ii. Pre-judgment interest in the amount of $281,926.08; and

iii. Costs in the amount of $405.00.

Additionally, the Court orders that Plaintiff is awarded post-judgment interest in accordance with 28 U.S.C. § 1961.

Dated at Oakland, California, this 13th day of July, 2026.

Mark B. Busby
Clerk of Court
By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.